**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-7524**

---

KEITH E. WYATT,

            Plaintiff - Appellant,

      v.


DANIEL T. MAHON, Warden, HCC; FRED SCHILLING, Director of
Health Services; DR. ROGER M. PHILLIPS, M.D., Prison Doctor,
HRRJ; DR. JOHN KING, M.D., Prison Doctor, HCC; DOCTOR K. W.
JARRETT, M.D., Prison Doctor, HCC; DOCTOR W. D. HENCEROTH,
M.D., Prison Doctor, PCC; DOCTOR BENJAMIN ULEP, M.D., Prison
Doctor, Sussex II State Prison,

            Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Jerome B. Friedman, District
Judge.  (2:06-cv-00348-JBF)

---

Submitted:  June 17, 2008          Decided:  July 8, 2008

---

Before WILKINSON and DUNCAN, Circuit Judges, and WILKINS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Keith E. Wyatt, Appellant Pro Se.  Susan Bland Curwood, Assistant
Attorney General, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA,
Richmond, Virginia; Lisa Ehrich, Jeff W. Rosen, PENDER & COWARD,
PC, Virginia Beach, Virginia; Edward Joseph McNelis, III, Elizabeth

Martin Muldowney, RAWLS & MCNELIS, PC, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keith E. Wyatt appeals the district court's order granting Defendants' motions for summary judgment and dismissing claims against Defendant King for failure to state a claim pursuant to 28 U.S.C. § 1915A(b)(1).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  <u>Wyatt v. Mahon</u>, No. 2:06-cv-00348-JBF (E.D. Va. Sept. 21, 2007).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>